# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-4074

_____

Rickey C. Brooks,            *
                                       *

         Appellant,       *

                                       *   Appeal from the United States
      v.                  *   District Court for the Eastern
                                       *   District of Arkansas.

Larry Norris, Director, Arkansas  *
Department of Correction,       *      [UNPUBLISHED]
                                       *

         Appellee.       *

_____

Submitted: June 16, 2000

Filed: July 18, 2000

_____

Before WOLLMAN, Chief Judge, BEAM, and BYE, Circuit Judges.

_____

PER CURIAM.

Rickey C. Brooks petitioned for a writ a habeas corpus under 28 U.S.C. § 2254. The district court[1] found Brooks' petition was untimely filed, rejecting Brooks' contention that his federal statute of limitations was tolled during the pendency of his

_____

[1]The Honorable Garnett Thomas Eisele, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations from the Honorable Henry L. Jones, United States Magistrate Judge for the Eastern District of Arkansas.

state post-conviction proceeding because the late filing of his state action was excused by an ice storm that closed the state court house on the last day he could file it. After carefully reviewing the record and the relevant law, we agree the petition was untimely and affirm the well-reasoned decision of the district court. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

-2-